Jerry HERRON *v.* STATE of Arkansas

CR 04-938 194 S.W.3d 770

Supreme Court of Arkansas
Opinion delivered October 7, 2004

 

*Dennis R. Mullock,* for appellant.

No response.

PER CURIAM. Appellant Jerry Heron, by and through Dennis R. Mullock, has filed a motion for a rule on the clerk. His attorney states in the motion that the record was tendered late due to a mistake on his part.

█ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.